# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0176.  NATHAN FISHER v.  THE STATE.**

After entering a plea of guilty in 2000, Nathan Fisher moved to withdraw his plea on August 28, 2000.  On September 5, 2000, the trial court entered its order denying his motion to withdraw his guilty plea.  David filed an application for discretionary appeal more than 12 years later on December 26, 2012.  Although the denial of a motion to withdraw a guilty plea is directly appealable under OCGA § 5-6-35 (j),[1] we lack jurisdiction to consider Fisher's application because it is untimely.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order, judgment or decision at issue.  OCGA § 5-6-35 (d).  Fisher's application was not filed until more than 12 years after entry of the order he seeks to appeal, and it is thus untimely.  See *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  This Court lacks jurisdiction to consider an untimely application.  Accordingly, this application is ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008).